UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-1743-VBF(FFMx)**                               Dated: **March 3, 2011**

Title:    David L. Retz -v- Onewest Bank, FSB, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Joseph Remigio                                None Present
      Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

      None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS):**       **COURT ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (DKT. #6)**


    Before the Court is Plaintiff David L. Retz's Ex Parte Application For Temporary Restraining Order, filed March 2, 2011 (dkt. #6).

    The Court hereby **DENIES** the Application for Temporary Restraining Order ("Application"), without prejudice to Plaintiff's right to file a properly noticed motion for a preliminary injunction.

    Plaintiff has not met the requirements of Federal Rule of Civil Procedure 65. The Court finds that Plaintiff has not demonstrated the need for immediate relief due to irreparable harm. Plaintiff filed this Application on March 2, 2011 (dkt. #6). However, the Notice of Trustee's Sale attached to Plaintiff's Complaint is dated December 7, 2010 and set the date of sale for March 9, 2011 at 1:00 p.m. *See* Compl., Ex. 7 (dkt. #1). Plaintiff's delay in filing the Application for nearly three months after he received notice of the date of sale negates the alleged threat of "immediate" irreparable injury required for grant of the Application. *See* Schwarzer, et al., Cal. Prac. Guide: Fed. Civ. Pro. Before Trial, § 13:95 (The Rutter Group 2010).


MINUTES FORM 90                              Initials of Deputy Clerk    jre
CIVIL - GEN

Additionally, the Application does not comply with Local Rule 65-1, as Plaintiff does not submit a proposed TRO or a proposed order to show cause why a preliminary injunction must issue. *See* L.R. 65-1.

The Court advises Plaintiff of the Federal "Pro Se" Clinic in this District. The Clinic offers on-site information and guidance to individuals who are representing themselves in federal civil actions. The Clinic is administered by a non-profit law firm, Public Counsel, not by the Court.  The Clinic is located in the United States Courthouse, at 312 N. Spring Street, Room 525, 5th Floor, Los Angeles, CA 90012. Clinic hours are Mondays, Wednesdays, and Fridays, 10:00 a.m. – 4:00 p.m. More information is available on the Clinic's website at www.cacd.uscourts.gov/ProSe. Additional information can also be obtained by visiting the Clinic during its normal business hours.

**IT IS SO ORDERED.**