**RECORDING REQUESTED BY**

LAW OFFICES OF JEROME ZAMOS

AND WHEN RECORDED MAIL TO:

Name: JEROME ZAMOS
Street Address: 5228 Campo Road
City & State Zip: Woodland Hills, California 91364-1927

Title Order No.:        Escrow No.

Assessors Parcel Number:   141-211-023

TRA:

COPY of Document Recorded
1-Apr-2011     2011-0019682
Has not been compared with original
SANTA BARBARA COUNTY RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

COPY

NOTICE OF PENDING ACTION AFFECTING TITLE TO REAL PROPERTY

TITLE OF DOCUMENT

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION

($3.00 ADDITIONAL RECORDING FEE APPLIES)

```
 1  LAW OFFICES OF JEROME ZAMOS
    Jerome Zamos, SB 36246
 2  5228 Campo Road
    Woodland Hills, California 91364
 3  Telephone: (818) 348-7151
    Facsimile: (818) 348-6095
 4  Email:     zamoslaw@aol.com

 5  Attorneys for PLAINTIFF DAVID L. RETZ
    individually and as Trustee of the
 6  DAVID LESTER RETZ REVOCABLE TRUST,
    dated February 12, 2007
 7
```

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

                  WESTERN DIVISION [SPRING STREET]

| | |
|---|---|
| DAVID L. RETZ individually and as Trustee of the DAVID LESTER RETZ REVOCABLE TRUST, dated February 12, 2007, <br><br> PLAINTIFF <br><br> v. <br><br> ONE WEST BANK, F.S.B., a federal savings banking chartered under the laws of the United States of America doing business as INDYMAC MORTGAGE SERVICES, NDEx West, LLC a limited liability Corporation organized and existing under the laws of the State of Delaware and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered enterprise chartered under an act of the Congress of the United States of America <br><br> DEFENDANTS; | Case No.: CV-11-01743-SVW(FFM) <br><br> ASSIGNED TO: <br> THE HON. STEPHEN V. WILSON <br> United States District Judge <br><br> Courtroom 6 <br> The United States Courthouse <br> 312 North Spring Street <br> Los Angeles, California 90012 <br><br> NOTICE OF PENDING ACTION AFFECTING TITLE TO REAL PROPERTY |

NOTICE IS HEREBY GIVEN that the within action has been commenced in the United States District Court for the Central District of California in order to quiet title and declare the rights of PLAINTIFF DAVID L. RETZ individually and as Trustee of the DAVID LESTER RETZ

1  REVOCABLE TRUST, dated February 12, 2007 retain title
2  and possession of that certain real property located and
3  commonly known as 2994 BUCKBOARD LANE, SOLVANG CA 93463
4  [Santa Barbara Assessor's Parcel 141-211-023] and ob-
5  taining a declaration pursuant to 28 U.S.C. § 2201(a)
6  that the TRUSTEE'S DEED recorded as instrument No. 2011-
7  0016692 in the official records of Santa Barbara County,
8  California on March 18, 2011 is void and did not convey
9  to DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION or
10 any other person, firm or entity.

LAW OFFICES OF JEROME ZAMOS

By: _____
Jerome Zamos, Attorneys for
Attorneys for PLAINTIFF DAVID L.
RETZ individually and as Trustee
of the DAVID LESTER RETZ REVOCABLE
TRUST, dated February 12, 2007

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to the within action; my business address is 5228 Campo Road, Woodland Hills, California 91364-1927.

On March 31, 2011 I served the following document(s) described as NOTICE OF PENDING ACTION EFFECTING TITLE TO REAL PROPERTY on all parties to whom the real property claim set forth therein is adverse and to all owners of record of the real property affected by said claim as shown by the latest county assessment role by certified mail return receipt requested in accordance with the provisions of Code of Civil Procedure § 405.22 by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid a copy in a sealed envelopes delivered to federal express addressed as follows:

COUNSEL FOR DEFENDANTS ONE WEST BANK & NDEX, WEST

CERTIFIED MAIL # 7005-3110-001-8978-9179
EDWARD A. TREDER, Esquire
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765-4029

CERTIFIED MAIL # 7005-3110-001-8978-9018
IndyMac Mortgage Services.
a division of OneWest Bank, FSB
Home Loan Servicing
2900 Esperanza Crossing
Austin, TX 78758

CERTIFIED MAIL # 7005-3110-001-8978-8967
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016

CERTIFIED MAIL # 7009-1410-001-4891-6058
ONEWEST BANK, FSB
888 E. WALNUT STREET
PASADENA, CA 91101

CERTIFIED MAIL # 7009-1410-001-4891-6126
NDEx West, L.L.C.
15000 Surveyor Boulevard
Suite 500
Addison, Texas 75001-9013

I am "readily familiar" with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in set forth in this affidavit.

I am employed in the office of a member of the bar of this Court, at whose direction service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 31, 2011 at Woodland Hills, California.

*Judith F. Kaplan*
Judith F. Kaplan

---

DAVID L. RETZ v. ONE WEST BANK, F.S.B, et al 2:11 CV 1743 SVW(FFM)
NOTICE OF PENDING ACTION EFFECTING REAL PROPERTY