UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-01743-SVW -FFM | Date | July 11, 2011 |
|---|---|---|---|
| Title | David L Retz v. Onewest Bank FSB et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Jerome Zamos | Deepika S. Saluja | |

**Proceedings:**   [33] MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))

Hearing held.  The matter is taken under submission.  Order to issue.

|  | : | 21 |
|---|---|---|
| | Initials of Preparer | PMC |